# ORIGINAL

1 | *THOMAS E. MOSS*
*UNITED STATES ATTORNEY*
2 | *KIM R. LINDQUIST*
*ASSISTANT UNITED STATES ATTORNEY*
3 | *DISTRICT OF IDAHO*
*WASHINGTON GROUP PLAZA, PLAZA IV*
4 | *800 PARK BOULEVARD, SUITE 600*
*BOISE, IDAHO  83712-9903*
5 | *TELEPHONE:  (208) 334-1211*
*FAX: (208) 334-1038*
6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.  CR 04-0257-S-EJL |
| | ) | |
| Plaintiff, | ) | S U P E R S E D I N G |
| | ) | I N D I C T M E N T |
| vs. | ) | |
| | ) | 21 U.S.C. §§ 848(e)(1)(A), 848(e)(1)(A), (l) and |
| IVAN MENDOZA-RICO, a/k/a | ) | (n), 846, 841(a)(1), 841(b)(1)(A), (B) and (D); |
| Adamir Hernandez-Arcida, a/k/a | ) | 18 U.S.C. §§ 3592(c), 3591(a)(2), 922(g)(1) |
| Uca Castaneda, a/k/a "Manco," | ) | 1001(a)(2), 924(c)(1)(A), 922(g)(5), 4, 2; |
| JOSE FARITH VARGAS-GALLEGOS, a/k/a | ) | 8 U.S.C. §§ 1329, 1325(a)(1), 1326(a), (b)(2) |
| Eberto Murillo-Pedraza, a/k/a | ) | |
| "Aguila," | ) | |
| GERARDO PIMENTEL-FIGUEROA, a/k/a | ) | |
| Gerardo Figueroa-Villa Gomez, a/k/a | ) | |
| "Angel," | ) | |
| DAVID MORA-RAMIREZ, | ) | |
| a/k/a Jose Mandragon, a/k/a Armando | ) | |
| Hernandez, a/k/a "Armando," a/k/a | ) | |
| "Avioneta" or "Avion," | ) | |
| MAURICIO MEDINA-MARTINEZ, a/k/a | ) | |
| Juan Marquez-Bejar, a/k/a | ) | |
| "Canelo" or "Carnelo," | ) | |
| ABELARDO MARQUEZ-BEJAR, a/k/a | ) | |
| "Abby," | ) | |

26

*INDICTMENT - 1*

ARISTINA BETH FLOREA, a/k/a )
    "Tina," )
MARIO VASQUEZ, )
RAQUEL RODRIGUEZ-ESTRADA, )
ANGELICA MARTIN, )
MARIA GUADALUPE-ZAVALA, a/k/a )
    "Morena," )
YESENIA ORTIZ )
LORI SHERMAN )
CHAD CARSON, )
ANNABEL LEE, )
SOPHIA ROMERO, )
                    )
        Defendants. )
                    )

**THE GRAND JURY CHARGES**:

**COUNT ONE**
**Conspiracy to Distribute Methamphetamine**
(Vio. 21 U.S.C. 846, 841(a)(1), and 841(b)(1)(A))

From an unknown date but from at least about January 1, 1995, until the date of this Indictment, within the District of Idaho and elsewhere, **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila," GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel," DAVID MORA-RAMIREZ, a/k/a Jose Mandragon, a/k/a Armando Hernandez, a/k/a "Armando," a/k/a "Avioneta" or "Avion," MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo," ABELARDO MARQUEZ-BEJAR, a/k/a "Abby," ARISTINA BETH FLOREA, a/k/a "Tina," MARIO VASQUEZ, RAQUEL RODRIGUEZ-ESTRADA, ANGELICA MARTIN, MARIA GUADALUPE-ZAVALA, a/k/a "Morena," CHAD CARSON, ANNABEL LEE, LORI SHERMAN,** and **YESENIA ORTIZ,** Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree among themselves and with other persons both known and unknown to the Grand Jury, to possess with intent to distribute and/or to distribute methamphetamine totaling fifty (50) grams or more of actual methamphetamine or five hundred (500) grams or more of a mixture or substance containing a detectable

1    amount of methamphetamine, namely, approximately eighteen (18) kilograms of methamphetamine; all

2    in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(a)(1)(A).

3    **1.      Objects of the Conspiracy**

4            The objects of the criminal conspiracy included the following:

5                    (a)     To obtain large quantities of controlled substances for distribution;

6                    (b)     To reap profits from the sale of those controlled substances;

7                    (c)     To invest those profits in additional drug trafficking ventures in an effort to reap

8    additional profits and to further the drug trafficking conspiracy; and

9                    (d)     To do all of the above without detection by law enforcement authorities.

10   **2.      Acts in furtherance of the Conspiracy**

11           In furtherance of the criminal conspiracy and to effect the objects thereof, in the District of Idaho

12   and elsewhere and on or about the dates set forth below, the Defendants and other associates and/or co-

13   conspirators, both known and unknown to the Grand Jury, committed and/or caused to be committed acts

14   in furtherance of the conspiracy, including, but not limited to, the following:

15           **Acts Category No. 1**

16           In about March of 2004, **ABELARDO MARQUEZ-BEJAR, a/k/a "Abby,"** traveled from the

17   Salem, Oregon area in a Chevrolet Malibu, with approximately one and one half (1½) pounds of

18   methamphetamine hidden therein, and delivered said methamphetamine to **MAURICIO MEDINA-**

19   **MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** at 222 ½ Holly, Caldwell,

20   Idaho, for the purpose of further distribution of the same.

21           **Acts Category No. 2**

22           Between about April and about September of 2004, **IVAN MENDOZA-RICO, a/k/a Adamir**

23   **Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** delivered approximately twenty-four (24)

24   pounds of methamphetamine, hidden in vehicles, from the Salem, Oregon area to **GERARDO**

25   **PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** and **MAURICIO**

26

1  MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo," in the
2  Nampa/Caldwell area of Idaho.

3  **Acts Category No. 3**

4  In about May of 2004, within the State of Idaho, **GERARDO PIMENTEL-FIGUEROA, a/k/a**
5  **Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** Defendant herein, had approximately five (5) pounds
6  of crystal methamphetamine in his possession for distribution.

7  **Acts Category No. 4**

8  In about July of 2004, **ABELARDO MARQUEZ-BEJAR, a/k/a "Abby,"** traveled from the
9  Salem, Oregon area in a Toyota Corolla, with approximately two (2) pounds of methamphetamine hidden
10 therein, and delivered said methamphetamine to **MAURICIO MEDINA-MARTINEZ, a/k/a Juan**
11 **Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** at 6805 El Paso Road in Gem County, Idaho (known
12 as the "Ranch") for the purpose of further distribution of the same.

13 **Acts Category No. 5**

14 In about July of 2004, within the State of Idaho, Jose Luis Vasquez-Luiano, a/k/a "Pecas,"
15 delivered approximately two (2) ounces of methamphetamine to **CHAD CARSON**, Defendant herein.

16 **Acts Category No. 6**

17 On or about July 4, 2004, in Canyon County, Idaho, **MAURICIO MEDINA-MARTINEZ, a/k/a**
18 **Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** Defendant here, had approximately one half (½)
19 pound of methamphetamine in his possession for distribution.

20 **Acts Category No. 7**

21 On or about July 19, 2004, in Canyon County, Idaho, **IVAN MENDOZA-RICO, a/k/a Adamir**
22 **Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** Defendant herein, had in his possession
23 approximately five (5) pounds of methamphetamine for distribution.

24
25
26

*INDICTMENT - 4*

1        **Acts Category No. 8**

2        On or about September 19, 2004, in Canyon and Gem Counties in Idaho, **IVAN MENDOZA-**

3   **RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** Defendant herein,

4   had in his possession approximately thirty (30) pounds of methamphetamine for distribution.

5        **Acts Category No. 9**

6        In the course of the conspiracy charged herein, **IVAN MENDOZA-RICO, a/k/a Adamir**

7   **Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** supplied methamphetamine from the Salem,

8   Oregon area to co-conspirators in the Treasure Valley area of Idaho, which co-conspirators included

9   **JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila,"**

10  **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** and

11  Jose Luis Vasquez-Luiano, a/k/a "Pecas." Just prior to September 27, 2004, **IVAN MENDOZA-RICO,**

12  **a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** traveled from the Salem,

13  Oregon area to the Treasure Valley area of Idaho for the purpose of confronting Jose Luis Vasquez-

14  Luiano, a/k/a "Pecas," and other co-conspirators regarding a perceived drug debt they owed to **IVAN**

15  **MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco."** Initial

16  contacts by **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a**

17  **"Manco,"** with co-conspirators failed to resolve the dispute.  On or about September 27, 2004, **IVAN**

18  **MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," JOSE**

19  **FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila,"** and **GERARDO**

20  **PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** met in a restaurant

21  in the Nampa/Caldwell area of Idaho in anticipation of a confrontation with Jose Luis Vasquez-Luiano,

22  a/k/a "Pecas," concerning the drug debt.  **JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto**

23  **Murillo-Pedraza, a/k/a "Aguila,"** and **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo**

24  **Figueroa-Villa Gomez, a/k/a "Angel,"** provided **IVAN MENDOZA-RICO, a/k/a Adamir**

25  **Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** with a Smith & Wesson Model 915, 9mm

26  handgun in relation to that anticipated confrontation.  **IVAN MENDOZA-RICO, a/k/a Adamir**

*INDICTMENT - 5*

1  Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-GALLEGOS,

2  a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila," and GERARDO PIMENTEL-FIGUEROA, a/k/a

3  Gerardo Figueroa-Villa Gomez, a/k/a "Angel," traveled from the restaurant to 6805 el Paso Road in

4  Gem County, Idaho, known  among the co-conspirators as the "Ranch."  Upon arrival, IVAN

5  MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," went

6  into the house where Jose Luis Vasquez-Luiano, a/k/a "Pecas,"  was at the time  for the purpose of

7  confronting Jose Luis Vasquez-Luiano, a/k/a "Pecas," about the drug debt. JOSE FARITH VARGAS-

8  GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila," and GERARDO PIMENTEL-

9  FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel," locked themselves in an adjacent

10  building known as the "milk barn," in anticipation of the violent confrontation by IVAN MENDOZA-

11  RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," as to Jose Luis

12  Vasquez-Luiano, a/k/a "Pecas."  Shortly thereafter, and still on or about September 27, 2004, in Gem

13  County, Idaho, IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda,

14  a/k/a "Manco," shot Jose Luis Vasquez-Luiano, a/k/a "Pecas," to death with the Smith & Wesson Model

15  915, 9mm handgun in the drug-related dispute regarding the drug debt and for the purpose of maintaining

16  a position of control in the drug conspiracy of which the two were members.  IVAN MENDOZA-RICO,

17  a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," then exited the house, still

18  armed with the Smith & Wesson Model 915, 9mm handgun. JOSE FARITH VARGAS-GALLEGOS,

19  a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila," and GERARDO PIMENTEL-FIGUEROA, a/k/a

20  Gerardo Figueroa-Villa Gomez, a/k/a "Angel," having emerged from the milk barn and fearing that

21  IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"

22  would then direct violence at them, engaged in a gun battle with IVAN MENDOZA-RICO, a/k/a

23  Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," involving the Smith & Wesson

24  Model 915, 9mm handgun (possessed, carried and used by IVAN MENDOZA-RICO, a/k/a Adamir

25  Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco"), a Star 9mm handgun (possessed, carried

26  and used by JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a

1  "Aguila"), and an assault-type rifle (possessed, carried and used by **JOSE FARITH VARGAS-**

2  **GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila," and GERARDO PIMENTEL-**

3  **FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel"**), all as a direct result of the same

4  drug dispute and shooting of Jose Luis Vasquez-Luiano, a/k/a "Pecas."

5         **Acts Category No. 10**

6         On or about September 27, 2004, at 6805 El Paso Road in Gem County, Idaho (the "Ranch") and

7  immediately following the events previously described in Acts Category No. 9, **JOSE FARITH**

8  **VARGAS-GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila,"** retrieved approximately two

9  (2) pounds of methamphetamine and a large sum of cash from the milk barn; and additional

10  methamphetamine and cash from a round wall safe and elsewhere in the house where Jose Luis Vasquez-

11  Luiano, a/k/a "Pecas," had been shot and killed. **GERARDO PIMENTEL-FIGUEROA, a/k/a**

12  **Gerardo Figueroa-Villa Gomez, a/k/a "Angel"** retrieved approximately two (2) pounds of

13  methamphetamine from a cardboard box in the nearby hay barn. **JOSE FARITH VARGAS-**

14  **GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila," and GERARDO PIMENTEL-**

15  **FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** then left the area of the Ranch for

16  the Nampa/Caldwell are of Canyon County, Idaho, with the money and methamphetamine for

17  distribution. **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a**

18  **"Angel,"** thereafter took at least a portion of the afore-referenced methamphetamine, or approximately

19  one (1) pound of methamphetamine, and approximately $4,000 cash to a room in the Shilo Inn Motel in

20  Nampa, Idaho.  The motel room was rented in the name of **ANGELICA MARTIN**, who was also

21  present.  **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a**

22  **"Angel,"** and **ANGELICA MARTIN** took the methamphetamine and cash from the motel room and

23  **ANGELICA MARTIN** kept the same for **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo**

24  **Figueroa-Villa Gomez, a/k/a "Angel,"** at an apartment rented for her by **GERARDO PIMENTEL-**

25  **FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** in Caldwell, Idaho.

26

*INDICTMENT - 7*

**Acts Category No. 11**

On or about November 20, 2004, **ABELARDO MARQUEZ-BEJAR, a/k/a "Abby,"** traveled from the Salem, Oregon area in a Toyota Corolla, with approximately two (2) pounds of methamphetamine hidden therein, and delivered said methamphetamine to **MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** in the Nampa/Caldwell area of Idaho, for the purpose of further distribution of the same.

**Acts Category No. 12**

On or about January 3, 2005, **MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** was arrested by law enforcement agents at his residence at 222 ½ Holly in Caldwell, Idaho. In conjunction with said arrest, law enforcement officers executed a court-authorized search warrant on the residence, outbuildings and vehicles located at 222 ½ Holly in Caldwell, Idaho, resulting in the seizure of numerous items, including approximately 13.1 grams of cocaine, approximately 160.3 grams of methamphetamine, drug paraphernalia, one Glock Model 17, 9mm handgun with ammunition, surveillance cameras and monitors, and a police scanner.

## COUNT TWO
### Drug Trafficking-related Homicide
(Vio. 21 U. S. C. 848 (e)(1)(A), 846, 841(a)(1), 841(b)(1)(A);
and 18 U. S. C. 2)

On or about September 27, 2004, within the District of Idaho, **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila"** and **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** Defendants herein, intentionally killed, and/or counseled, commanded, induced, procured and/or caused the intentional killing of, Jose Luis Vasquez-Luiano, a/k/a "Pecas," in relation to drug trafficking, which killing actually resulted; in that **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila,"**

1    **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** Jose

2    Luis Vasquez-Luiano, a/k/a "Pecas," and other persons both known and unknown to the Grand Jury were

3    then engaged in a conspiracy to possess with intent to distribute and to distribute methamphetamine

4    totaling fifty (50) grams or more of actual methamphetamine and/or five hundred (500) grams or more

5    of a mixture or substance containing a detectable amount of methamphetamine as charged in Count One;

6    and **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a**

7    **"Manco,"** during and in relation to said drug trafficking conspiracy, intentionally and unlawfully killed

8    Jose Luis Vasquez-Luiano, a/k/a "Pecas," by shooting said Jose Luis Vasquez-Luiano, a/k/a "Pecas," to

9    death; which shooting **JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a**

10    **"Aguila" and GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a**

11    **"Angel"** supported, counseled, commanded, induced, procured and/or caused; all in violation of Title

12    21 United States Code, Sections 848(e)(1)(A), 846, 841(a)(1), 841(b)(1)(A), and Title 18, United States

13    Code, Section 2. (See Acts Category No. 9 of Count One, which is hereby incorporated by reference

14    herein.)

15

16    

**COUNT THREE**
**Use of or Carrying a Firearm during and in relation to, or Possession in Furtherance of, a**
**Drug Trafficking-related Homicide**
(Vio. Title 21, United States Code, Sections 848(e)(1)(A), 846, 841(a)(1),
841(b)(1)(A) and (B); and Title 18, United States Code, Sections 924(c)(1)(A) and 2)

18

19    On or about September 27, 2004, within the District of Idaho, **IVAN MENDOZA-RICO, a/k/a**

20    **Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-**

21    **GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila" and GERARDO PIMENTEL-**

22    **FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** Defendants herein, knowingly

23    used and/or carried a firearm during and in relation to, and/or possessed said firearm in furtherance of,

24    the crime of violence described in the preceding Count Two, and/or aided and abetted the same; in

25    violation of Title 21, United States Code, Sections 848(e)(1)(A), 846, 841(a)(1), 841(b)(1)(A) and (B),

26

1  and Title 18, United States Code, Sections 924(c)(1)(A) and 2. (See Conspiracy Acts Category No. 9 of

2  Count One, which is hereby incorporated by reference herein.)

### COUNT FOUR
**Use of or Carrying a Firearm during and in relation to, or Possession in Furtherance of, a
Drug Trafficking Crime**
(Vio. Title 21, United States Code, 846, 841(a)(1),
841(b)(1)(A) and (B); and Title 18, United States Code, Sections 924(c)(1)(A) and 2)

Between an unknown date but from at least about January 1, 1995, until the date of this
Indictment, within the District of Idaho, **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida,
a/k/a Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto
Murillo-Pedraza, a/k/a "Aguila,"** and **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo
Figueroa-Villa Gomez, a/k/a "Angel,"** Defendants herein, knowingly used and/or carried a firearm
during and in relation to, and/or possessed said firearm in furtherance of, the drug trafficking conspiracy
described in the preceding Count One, and/or aided and abetted the same; in violation of Title 21, United
States Code, Sections 848(e)(1)(A), 846, 841(a)(1), 841(b)(1)(A) and (B), and Title 18, United States
Code, Sections 924(c)(1)(A) and 2. (See Conspiracy Acts Categories Nos. 9 and 10 of Count One, which
are hereby incorporated by reference herein. **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo
Figueroa-Villa Gomez, a/k/a "Angel,"** was also known to possess and carry a Ruger 9mm handgun
during and in relation to and in furtherance of the Count One conspiracy.)

### COUNT FIVE
**Use of or Carrying a Firearm during and in relation to, or Possession in Furtherance of, a
Drug Trafficking Crime**
(Vio. Title 21, United States Code, Sections 846, 841(a)(1),
841(b)(1)(A) and (B); and Title 18, United States Code, Sections 924(c)(1)(A) and 2)

Between an unknown date but from at least about January 1, 1995, until the date of this
Indictment, within the District of Idaho, **MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-
Bejar, a/k/a "Canelo" or "Carnelo,"** Defendant herein, knowingly used and/or carried a firearm during
and in relation to, and/or possessed said firearm in furtherance of, the drug trafficking conspiracy

*INDICTMENT - 10*

1  described in the preceding Count One and the drug possession/distribution Count Eighteen described

2  hereafter, and/or aided and abetted the same; in violation of Title 21, United States Code, Sections 846,

3  841(a)(1), 841(b)(1)(A) and (B); and Title 18, United States Code, Sections 924(c)(1)(A) and 2.  (See

4  Conspiracy Acts Category No. 12 of Count One, which is hereby incorporated by reference herein.)

### COUNT SIX
**Use of or Carrying a Firearm during and in relation to, or Possession in Furtherance of, a
Drug Trafficking Crime**
(Vio. Title 21, United States Code, Sections 846, 841(a)(1),
841(b)(1)(A); and Title 18, United States Code, Sections 924(c)(1)(A) and 2)

Between an unknown date but from at least about January 1, 1995, until the date of this

Indictment, within the District of Idaho, **MARIO VASQUEZ**, Defendant herein, knowingly used and/or

carried a firearm, namely, a .380 caliber handgun, during and in relation to, and/or possessed said firearm

in furtherance of, the drug trafficking conspiracy described in the preceding Count One, and/or aided and

abetted the same; in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A); and

Title 18, United States Code, Sections 924(c)(1)(A) and 2.

### COUNT SEVEN
**Drug Possession/Distribution**
(Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A);18 U.S.C. Section 2)

In about March of 2004, within the District of Idaho and elsewhere, **ABELARDO MARQUEZ-**

**BEJAR, a/k/a "Abby,"** and **MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a**

**"Canelo" or "Carnelo,"** Defendants herein, (1) possessed with intent to distribute, (2) actually

distributed, (3) caused and/or aided and abetted the possession with intent to distribute and/or the actual

distribution of, and/or (4) attempted to possess with intent to distribute and/or actually distribute

methamphetamine totaling fifty (50) grams or more of actual methamphetamine or five hundred (500)

grams or more of a mixture or substance containing a detectable amount of methamphetamine, namely,

approximately one and one half (1½) pounds of methamphetamine; in violation of Title 21, United States

26

*INDICTMENT - 11*

1  Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.  (See Acts

2  Category No. 1 of Count One, which is hereby incorporated by reference herein.)

### COUNT EIGHT
**Drug Possession/Distribution**
(Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A);18 U.S.C. Section 2)

6  Between about April and about September of 2004, within the District of Idaho and elsewhere,

7  **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"**

8  **MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** and

9  **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"**

10  Defendants herein, (1) possessed with intent to distribute, (2) actually distributed, (3) caused and/or aided

11  and abetted the possession with intent to distribute and/or the actual distribution of, and/or (4) attempted

12  to possess with intent to distribute and/or actually distribute methamphetamine totaling fifty (50) grams

13  or more of actual methamphetamine or five hundred (500) grams or more of a mixture or substance

14  containing a detectable amount of methamphetamine, namely, approximately twenty-four (24) pounds

15  of methamphetamine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A),

16  and Title 18, United States Code, Section 2.  (See Acts Category No. 2 of Count One, which is hereby

17  incorporated by reference herein.)

### COUNT NINE
**Drug Possession/Distribution**
(Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A);18 U.S.C. Section 2)

21  In about May of 2004, within the District of Idaho, **GERARDO PIMENTEL-FIGUEROA,**

22  **a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** Defendant herein, (1) possessed with intent to

23  distribute, (2) actually distributed, (3) caused and/or aided and abetted the possession with intent to

24  distribute and/or the actual distribution of, and/or (4) attempted to possess with intent to distribute and/or

25  actually distribute methamphetamine totaling fifty (50) grams or more of actual methamphetamine or five

26  hundred (500) grams or more of a mixture or substance containing a detectable amount of

*INDICTMENT - 12*

1   methamphetamine, namely, approximately five (5) pounds of methamphetamine; in violation of Title 21,

2   United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

3   (See Acts Category No. 3 of Count One, which is hereby incorporated by reference herein.)

4

5                                    **COUNT TEN**
                            **Drug Possession/Distribution**
6            (Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A);18 U.S.C. Section 2)

7          In about July of 2004, within the District of Idaho and elsewhere, **ABELARDO MARQUEZ-**

8   **BEJAR, a/k/a "Abby," and MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a**

9   **"Canelo" or "Carnelo,"** Defendants herein, (1) possessed with intent to distribute, (2) actually

10  distributed, (3) caused and/or aided and abetted the possession with intent to distribute and/or the actual

11  distribution of, and/or (4) attempted to possess with intent to distribute and/or actually distribute

12  methamphetamine totaling fifty (50) grams or more of actual methamphetamine or five hundred (500)

13  grams or more of a mixture or substance containing a detectable amount of methamphetamine, namely,

14  approximately two (2) pounds of methamphetamine; in violation of Title 21, United States Code,

15  Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.  (See Acts Category

16  No. 4 of Count One, which is hereby incorporated by reference herein.)

17

18                                  **COUNT ELEVEN**
                            **Drug Possession/Distribution**
19           (Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(B);18 U.S.C. Section 2)

20         In about July of 2004, within the District of Idaho, **CHAD CARSON**, Defendant herein, (1)

21  possessed with intent to distribute, (2) actually distributed, (3) caused and/or aided and abetted the

22  possession with intent to distribute and/or the actual distribution of, and/or (4) attempted to possess with

23  intent to distribute and/or actually distribute methamphetamine totaling five (5) grams or more of actual

24  methamphetamine or fifty (50) grams or more of a mixture or substance containing a detectable amount

25  of methamphetamine, namely, approximately two (2) ounces of methamphetamine; in violation of Title

26

*INDICTMENT - 13*

1  21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section

2  2. (See Acts Category No. 5 of Count One, which is hereby incorporated by reference herein.)

4  **COUNT TWELVE**
**Drug Possession/Distribution**
5  (Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(B);18 U.S.C. Section 2)

6  On or about July 4, 2004, within the District of Idaho, **MAURICIO MEDINA-MARTINEZ,**

7  **a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** Defendant herein, (1) possessed with intent

8  to distribute, (2) actually distributed, (3) caused and/or aided and abetted the possession with intent to

9  distribute and/or the actual distribution of, and/or (4) attempted to possess with intent to distribute and/or

10  actually distribute methamphetamine totaling five (5) grams or more of actual methamphetamine or fifty

11  (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine,

12  namely, approximately one half (½) pound of methamphetamine; in violation of Title 21, United States

13  Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2. (See Acts

14  Category No. 6 of Count One, which is hereby incorporated by reference herein.)

16  **COUNT THIRTEEN**
**Drug Possession/Distribution**
17  (Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A);18 U.S.C. Section 2)

18  On or about July 19, 2004, within the District of Idaho, **IVAN MENDOZA-RICO, a/k/a**

19  **Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** Defendant herein, (1) possessed

20  with intent to distribute, (2) actually distributed, (3) caused and/or aided and abetted the possession with

21  intent to distribute and/or the actual distribution of, and/or (4) attempted to possess with intent to

22  distribute and/or actually distribute methamphetamine totaling fifty (50) grams or more of actual

23  methamphetamine or five hundred (500) grams or more of a mixture or substance containing a detectable

24  amount of methamphetamine, namely, approximately five (5) pounds of methamphetamine; in violation

25  of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code,

26  Section 2. (See Acts Category No. 7 of Count One, which is hereby incorporated by reference herein.)

*INDICTMENT - 14*

1

**COUNT FOURTEEN**
**Drug Possession/Distribution**

2    (Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A);18 U.S.C. Section 2)

3    On or about September 19, 2004, within the District of Idaho, **IVAN MENDOZA-RICO, a/k/a**

4    **Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** Defendant herein, (1) possessed

5    with intent to distribute, (2) actually distributed, (3) caused and/or aided and abetted the possession with

6    intent to distribute and/or the actual distribution of, and/or (4) attempted to possess with intent to

7    distribute and/or actually distribute methamphetamine totaling fifty (50) grams or more of actual

8    methamphetamine or five hundred (500) grams or more of a mixture or substance containing a detectable

9    amount of methamphetamine, namely, approximately thirty (30) pounds of methamphetamine; in

10   violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United

11   States Code, Section 2.  (See Acts Category No. 8 of Count One, which is hereby incorporated by

12   reference herein.)

13

14

**COUNT FIFTEEN**
**Drug Possession/Distribution**

15   (Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A);18 U.S.C. Section 2)

16   On or about September 27, 2004, within the District of Idaho, **GERARDO PIMENTEL-**

17   **FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel," and JOSE FARITH VARGAS-**

18   **GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila,"** Defendants herein, (1) possessed with

19   intent to distribute, (2) actually distributed, (3) caused and/or aided and abetted the possession with intent

20   to distribute and/or the actual distribution of, and/or (4) attempted to possess with intent to distribute

21   and/or actually distribute methamphetamine totaling fifty (50) grams or more of actual methamphetamine

22   or five hundred (500) grams or more of a mixture or substance containing a detectable amount of

23   methamphetamine, namely, approximately two (2) pounds of methamphetamine respectively; in violation

24   of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code,

25   Section 2.  (See Acts Category No. 10 of Count One, which is hereby incorporated by reference herein.)

26

*INDICTMENT - 15*

**COUNT SIXTEEN**
**Drug Possession/Distribution**
(Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(B);18 U.S.C. Section 2)

On or about September 27, 2004, within the District of Idaho, **ANGELICA MARTIN**, Defendant herein, (1) possessed with intent to distribute, (2) actually distributed, (3) caused and/or aided and abetted the possession with intent to distribute and/or the actual distribution of, and/or (4) attempted to possess with intent to distribute and/or actually distribute methamphetamine totaling five (5) grams or more of actual methamphetamine or fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, namely, approximately one (1) pound of methamphetamine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2. (See Acts Category No. 10 of Count One, which is hereby incorporated by reference herein.)

**COUNT SEVENTEEN**
**Drug Possession/Distribution**
(Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A);18 U.S.C. Section 2)

On or about November 20, 2004, within the District of Idaho and elsewhere, **ABELARDO MARQUEZ-BEJAR, a/k/a "Abby," and MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** Defendants herein, (1) possessed with intent to distribute, (2) actually distributed, (3) caused and/or aided and abetted the possession with intent to distribute and/or the actual distribution of, and/or (4) attempted to possess with intent to distribute and/or actually distribute methamphetamine totaling fifty (50) grams or more of actual methamphetamine or five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, namely, approximately two (2) pounds of methamphetamine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2. (See Acts Category No. 11 of Count One, which is hereby incorporated by reference herein.)

1

## COUNT EIGHTEEN
**Drug Possession/Distribution**
(Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(B);18 U.S.C. Section 2)

On or about January 3, 2005, within the District of Idaho, **MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** Defendant herein, (1) possessed with intent to distribute, (2) actually distributed, (3) caused and/or aided and abetted the possession with intent to distribute and/or the actual distribution of, and/or (4) attempted to possess with intent to distribute and/or actually distribute methamphetamine totaling five (5) grams or more of actual methamphetamine or fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, namely, approximately one hundred sixty (160) grams of methamphetamine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2. (See Acts Category No. 12 of Count One, which is hereby incorporated by reference herein.)

## COUNT NINETEEN
**Unlawful Possession of a Firearm by an Alien Unlawfully in the United States**
(Vio. 18 U.S.C. § 922(g)(5))

On or about September 27, 2004, within the District of Idaho, the defendant, **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** being an alien, was illegally and/or unlawfully in the United States and knowingly possessed in and/or affecting commerce a firearm, namely, a Smith & Wesson Model 915, 9mm handgun and ammunition associated therewith, and/or received said firearm and/or ammunition which had been shipped and/or transported in interstate and/or foreign commerce; all in violation of Title 18, United States Code, Section 922(g)(5). (See Acts Category No. 9 of Count One, which is hereby incorporated by reference herein.)

## COUNT TWENTY
**Unlawful Possession of a Firearm by an Alien Unlawfully in the United States**
(Vio. 18 U.S.C. § 922(g)(5))

Between an unknown date but from at least about January 1, 1995, until the date of this Indictment, within the District of Idaho, the defendant, **JOSE FARITH VARGAS-GALLEGOS, a/k/a**

*INDICTMENT - 17*

1   **Eberto Murillo-Pedraza, a/k/a "Aguila,"** being an alien, was illegally and/or unlawfully in the United

2   States and knowingly possessed in and/or affecting commerce a firearm, namely, a Star 9mm handgun

3   and ammunition associated therewith, a Smith & Wesson Model 915, 9mm handgun and ammunition

4   associated therewith, and an assault-type rifle and ammunition associated therewith, and/or received said

5   firearms and/or ammunition which had been shipped and/or transported in interstate and/or foreign

6   commerce; all in violation of Title 18, United States Code, Section 922(g)(5).  (See also Acts Category

7   No. 9 of Count One, which is hereby incorporated by reference herein.)

8

9                              **COUNT TWENTY-ONE**

    **Unlawful Possession of a Firearm by an Alien Unlawfully in the United States**

10                            (Vio. 18 U.S.C. § 922(g)(5))

11          On or about September 27, 2004, within the District of Idaho, the defendant, **GERARDO**

12   **PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa Gomez, a/k/a "Angel,"** being an alien, was

13   illegally and/or unlawfully in the United States and knowingly possessed in and/or affecting commerce

14   a firearm, namely, an assault type rifle and ammunition associated therewith,  a Smith & Wesson Model

15   915, 9mm handgun and ammunition associated therewith, and a Ruger 9mm handgun with ammunition

16   associated therewith, and/or received said firearm and/or ammunition which had been shipped and/or

17   transported in interstate and/or foreign commerce; all in violation of Title 18, United States Code, Section

18   922(g)(5).  (See Acts Category No. 9 of Count One and parenthetical portion of Count Four, which are

19   hereby incorporated by reference herein.)

20

21                              **COUNT TWENTY-TWO**

    **Unlawful Possession of a Firearm by an Alien Unlawfully in the United States**

22                            (Vio. 18 U.S.C. § 922(g)(5))

23          On or about January 3, 2005, within the District of Idaho, the defendant, **MAURICIO MEDINA-**

24   **MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** being an alien, was illegally

25   and/or unlawfully in the United States and knowingly possessed in and/or affecting commerce a firearm,

26   namely, a Glock Model 17, 9mm handgun and ammunition associated therewith, and a Winchester 1894

*INDICTMENT - 18*

1    .32 caliber Special rifle with octagon barrel, and/or received said firearm and/or ammunition which had

2    been shipped and/or transported in interstate and/or foreign commerce; all in violation of Title 18, United

3    States Code, Section 922(g)(5).  (See Acts Category No. 12 of Count One, which is hereby incorporated

4    by reference herein.)

**COUNT TWENTY-THREE**
**Re-entry after Deportation**
(Vio. 8 1326(a) and (b)(2))

On or about December 6, 2004, in the District of Idaho, **DAVID MORA-RAMIREZ, a/k/a Jose Mandragon, a/k/a Armando Hernandez, a/k/a "Armando," a/k/a "Avioneta" or "Avion,"** an alien, was found in the United States, namely, Canyon County, Idaho, after having been arrested, convicted of the felony crime of possession of a controlled substance and deported from the United States at El Paso, Texas, on or about June 25, 1998, and then having illegally re-entered the United States near Nogales, Arizona, on or about March 16, 2002, the said Defendant not having obtained the consent of the Secretary of the Department of Homeland Security for re-application for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

**COUNT TWENTY-FOUR**
**Re-entry after Deportation**
(Vio. 8 1326(a) and (b)(2))

On or about October 1, 2004, in the District of Idaho, **MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** an alien, was found in the United States, namely, Canyon County, Idaho, after having been arrested, convicted of the felony crime of transportation of methamphetamine and deported from the United States at Nogales, Arizona, on or about December 27, 1999, the said Defendant not having obtained the consent of the Secretary of the Department of Homeland Security for re-application for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

1

**COUNT TWENTY-FIVE**
**Illegal Entry**
(Vio. 8 U.S.C. §§ 1325(a)(1) and 1329)

2

3    On or about April 3, 2004, the defendant, **IVAN MENDOZA-RICO, aka Adamir Hernandez-**

4    **Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** an alien, unlawfully entered the United States at a time

5    and place other than as designated by immigration officers, and was later found and apprehended in the

6    District of Idaho on or about September 28, 2004, in violation of Title 8, United States Code, Sections

7    1325(a)(1) and 1329, a misdemeanor.

8

9

**COUNT TWENTY-SIX**
**False Statement**
(Vio. 18 U.S.C. § 1001(a)(2))

10

11    On or about September 28 and 29, 2004, in the District of Idaho, the defendant, **IVAN**

12    **MENDOZA-RICO, aka Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** in a

13    matter within the jurisdiction of the Executive Branch of the United States government, knowingly and

14    wilfully made a materially false, fictitious, and fraudulent statement and representation to authorities of

15    the United States in relation to his status as an alien in the United States, in that **IVAN MENDOZA-**

16    **RICO, aka Adamir Hernandez-Arcida, a/ka/ Uca Castaneda, a/k/a "Manco,"** told investigating

17    authorities that his name is "Adamir Hernandez-Arcida," and gave multiple and varying dates of birth

18    in conjunction therewith.  The same investigation otherwise identified the true name of defendant as

19    "Ivan Mendoza-Rico," with yet another date of birth.  All of the foregoing was in violation of Title 18,

20    United States Code, Section 1001(a)(2).

21

22

**COUNT TWENTY-SEVEN**
**Misprision of a Felony**
(Vio. 18 U.S.C. Section 4; 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(A)

23

24    Between an unknown date but from at least about January 1, 1995, until the date of this

25    Indictment, within the District of Idaho, **ANNABEL LEE VASQUEZ, SOPHIA ROMERO,**

26    **ARISTINA BETEH FLOREA, RAQUEL RODRIGUEZ-ESTRADA, ANGELICA MARTIN,**

*INDICTMENT - 20*

1   **MARIA GUADALUPE-ZAVALA, CHAD CARSON, LORI SHERMAN,** and **YESENIA ORTIZ,**

2   Defendants herein, knowing that an offense against the United States had been committed, namely,

3   conspiracy to traffic in methamphetamine, the distribution of methamphetamine and/or the possession

4   with intent to distribute methamphetamine, concealed and did not as soon as possible make known the

5   same to some judge or other person in authority under the United States; in violation of Title 18, United

6   States Code, Section 4; and Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

7

8                                    **COUNT TWENTY-EIGHT**
                                      **Obstruction of Justice**
9                         (Vio. 18 U.S.C. Section 1512(a)(2)(A) and (B)(i))

10          On or about February 1, 2005, within the District of Idaho, **IVAN MENDOZA-RICO, aka**

11   **Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** Defendant herein, knowingly used

12   the threat of physical force against a person with the intent to influence or prevent the testimony of a

13   person in, and cause and induce a person to withhold testimony from, an official proceeding, and prevent

14   the communication to a law enforcement officer or judge of the United States of information relating to

15   the commission or possible commission of a federal offense; in that **IVAN MENDOZA-RICO, aka**

16   **Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco,"** told a potential witness while the

17   two were incarcerated together in the Canyon County jail that if the potential witness were to talk to law

18   enforcement authorities and/or testify at trial, harm would come to the potential witness; all in violation

19   of Title 18, United States Code, Section 1512(a)(2)(A) and (B)(i).

20

21                                     **COUNT TWENTY-NINE**
                                       **Felon in Possession of a Firearm**
22                         (Vio. 18 U.S.C. Section 922(g)(1) and 924(a)(2))

23
            On or about January 3, 2005, within the District of Idaho, **MAURICIO MEDINA-MARTINEZ,**
24
     **a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** knowingly possessed in and affecting
25
     commerce a firearm, namely, a Glock Model 17. 9mm handgun and ammunition associated therewith,
26

*INDICTMENT - 21*

1  and a Winchester 1894 .32 caliber Special rifle with octagon barrel; the said **MAURICIO MEDINA-**

2  **MARTINEZ, a/k/a Juan Marquez-Bejar, a/k/a "Canelo" or "Carnelo,"** having previously been

3  convicted of a crime punishable by imprisonment for a term exceeding one year, namely, on or about

4  August 11, 1998, in the Superior Court of California, County of Sacramento, for the crime of transporting

5  methamphetamine, a felony punishable by imprisonment for a term exceeding one year; all in violation

6  of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).  (See Acts Category No. 12 of Count

7  One, which is hereby incorporated by reference herein.)

8

9  **COUNT THIRTY**<br>**Drug Possession/Distribution**

10  (Vio. 21 U.S.C. Sections 841(a)(1), 841(b)(1)(D);18 U.S.C. Section 2)

11  At some point in time between January 1, 1995 and  December 14, 2004, within the District of

12  Idaho, **YESENIA ORTIZ**, Defendant herein, (1) possessed with intent to distribute, (2) actually

13  distributed, (3) caused and/or aided and abetted the possession with intent to distribute and/or the actual

14  distribution of, and/or (4) attempted to possess with intent to distribute and/or actually distribute

15  marijuana totaling at least two and one half (2 ½) pounds; in violation of Title 21, United States Code,

16  Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

17

18  **Special Findings**

19  With regard to and in conjunction with Count One, the Grand Jury specially finds the following.

20  The Defendants **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca**

21  **Castaneda, a/k/a "Manco," and MAURICIO MEDINA-MARTINEZ, a/k/a Juan Marquez-Bejar,**

22  **a/k/a "Canelo" or "Carnelo,"** were organizers and leaders with regard to the conspiracy, which involved

23  five (5) or more participants and was otherwise extensive.

24  With regard to and in conjunction with Count Two, the Grand Jury specially finds the following:

25  (a)  At the time of the offense charged in this Count Two, the Defendants **IVAN MENDOZA-**

26  **RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda, a/k/a "Manco," JOSE FARITH**

*INDICTMENT - 22*

1  VARGAS-GALLEGOS, a/k/a Eberto Murillo-Pedraza, a/k/a "Aguila," and **GERARDO**

2  **PIMENTEL-FIGUEROA, a/k/a** Gerardo Figueroa-Villa Gomez, a/k/a "Angel," each was eighteen

3  (18) years of age or older.  (21 United States Code, Section 848(l))

4  (b)  The Defendant **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca**

5  **Castaneda, a/k/a "Manco,"** intentionally killed Jose Luis Vasquez-Luiano, a/k/a "Pecas."  (21 United

6  States Code, Section 848(n)(1)(A).  See Acts Category No. 9 of Count One, which is hereby incorporated

7  by reference herein.)

8  (c)  The Defendants **JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-**

9  **Pedraza, a/k/a "Aguila,"** and **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa**

10  **Gomez, a/k/a "Angel,"** knowingly and intentionally counseled, commanded, induced, procured, caused

11  and otherwise aided and abetted the intentional killing of Jose Luis Vasquez-Luiano, a/k/a "Pecas," by

12  the Defendant **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca Castaneda,**

13  **a/k/a "Manco."** (21 United States Code, Section 848(n)(1)(A).  See Acts Category No. 9 of Count One,

14  which is hereby incorporated by reference herein.)

15  (d)  The Defendant **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a Uca**

16  **Castaneda, a/k/a "Manco,"** intentionally inflicted serious bodily injury which resulted in the death of

17  said Jose Luis Vasquez-Luiano, a/k/a "Pecas."  (21 United States Code, Section 848(n)(1)(B).  See Acts

18  Category No. 9 of Count One, which is hereby incorporated by reference herein.)

19  (e)  The Defendants **JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-**

20  **Pedraza, a/k/a "Aguila,"** and **GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa**

21  **Gomez, a/k/a "Angel,"** knowingly and intentionally counseled, commanded, induced, procured, caused

22  and otherwise aided and abetted the intentional infliction of serious bodily injury which resulted in the

23  death of Jose Luis Vasquez-Luiano, a/k/a "Pecas."  (21 United States Code, Section 848(n)(1)(B).  See

24  Acts Category No. 9 of Count One, which is hereby incorporated by reference herein.)

25  (f)  Defendants **IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a**

26  **Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-**

1  Pedraza, a/k/a "Aguila," and GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa

2  Gomez, a/k/a "Angel," in committing the offense charged in Count Two, intentionally engaged in

3  conduct intending that the victim be killed or that lethal force be employed against the victim, which

4  resulted in the death of Jose Luis Vasquez-Luiano, a/k/a "Pecas." (21 United States Code, Section

5  848(n)(1)(C). See Acts Category No. 9 of Count One, which is hereby incorporated by reference herein.)

6       (g)    Defendants IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a

7  Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-

8  Pedraza, a/k/a "Aguila," and GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa

9  Gomez, a/k/a "Angel," in committing the offense charged in Count Two, intentionally engaged in

10  conduct which the Defendants knew would create a grave risk of death to a person, other than one of the

11  participants in the offense, and which resulted in the death of Jose Luis Vasquez-Luiano, a/k/a "Pecas."

12  (21 United States Code, Section 848(n)(1)(D). See Acts Category No. 9 of Count One, which is hereby

13  incorporated by reference herein.)

14       (h)    Defendants IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a

15  Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-

16  Pedraza, a/k/a "Aguila," and GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa

17  Gomez, a/k/a "Angel," in committing the offense charged in this Count Two, knowingly committed a

18  grave risk of death to one or more persons in addition to that of Jose Luis Vasquez-Luiano, a/k/a "Pecas,"

19  by virtue of the resulting shootout in a community already beleaguered by drug-related violence.  21

20  United States Code, Section 848(n)(5).  See Acts Category No. 9 of Count Two, which is hereby

21  incorporated by reference herein.)

22       (i)    The Defendants IVAN MENDOZA-RICO, a/k/a Adamir Hernandez-Arcida, a/k/a

23  Uca Castaneda, a/k/a "Manco," JOSE FARITH VARGAS-GALLEGOS, a/k/a Eberto Murillo-

24  Pedraza, a/k/a "Aguila," and GERARDO PIMENTEL-FIGUEROA, a/k/a Gerardo Figueroa-Villa

25  Gomez, a/k/a "Angel," committed the offense charged in this Count Two after substantial planning and

26

*INDICTMENT - 24*

1  premeditation to cause the death of Jose Luis Vasquez-Luiano, a/k/a "Pecas." (21 United States Code,

2  Section 848(n)(8))

3

4        DATED this _____ day of December, 2004

5                                              A TRUE BILL

6

7                                              _____

8                                              Foreperson

9  THOMAS E. MOSS
   United States Attorney

10

11

12  Kim R. Lindquist
   Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*INDICTMENT - 25*